# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AMBERLI KUNA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-20-00513-JD |
| ) | |
| WOLF DALE SAFKO, individually ) | |
| and TURN KEY HEALTH CLINICS, LLC ) | |
| ) | |
| Defendants. ) | |

## DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff, Amberli Kuna, and hereby dismisses without prejudice all claims and causes of action in the above-styled matter against Defendant Turn Key Health Clinics, LLC.

                                               s/M. Michael Arnett
                                               M. Michael Arnett, OBA #12071
                                               ARNETT LAW FIRM
                                               3133 N.W. 63rd St.
                                               Oklahoma City, OK 73116
                                               Telephone: 405-767-0522
                                               Facsimile: 405-767-0529
                                               Email: mikearnett1@gmail.com
                                               *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2021, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Wolf Dale Safko
19751 Ancestor Place
Harrah, OK 73045
*Defendant, Pro Se*

*and*

Amberli Kuna
MBCC C2C 208
29501 Kickapoo Road
McLoud, OK 74851
*Plaintiff*

                                                *s/* M. Michael Arnett
                                                M. Michael Arnett