IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| AMBERLI KUNA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-20-00513-JD |
| | ) | |
| WOLF DALE SAFKO, | ) | |
| | ) | |
| Defendant. | ) | |

## **JUDGMENT**

Settlement Conferences were conducted by Magistrate Judge Shon T. Erwin on June 1 and June 7, 2023. The parties have voluntarily reached an amicable resolution and have agreed that this action should be resolved without further proceedings or a trial. Therefore, the parties have settled this matter, and as a condition of the settlement, consent to the entry of judgment. This judgment is supported by a written Settlement Agreement signed by both parties and attached hereto.

To accomplish the settlement between Amberli Kuna (Kuna) and Wolf Dale Safko (Safko), the Defendant has agreed to a judgment against him and in favor of Kuna in the amount of $250,000.00. Payment terms are $5,500.00 payable to Kuna on July 7, 2023 with the balance of $244,500.00 payable at the rate of $100.00 per month beginning on June 7, 2024 and continuing for the lifetime of Safko.

Additional terms are as follows:

1. The judgment shall not bear interest.

2. Upon the death of Kuna, the judgment shall be discharged in full.

3. Upon the death of Safko, Kuna and her successors may pursue collection of the remaining unpaid balance of the judgment.

4. Kuna shall not execute on the judgment or pursue collection of the judgment so long as Safko continues to make $100.00 monthly payments during his lifetime.

5. Payments shall be made to Kuna in the following manner or as otherwise directed by Kuna in writing to Safko with at least 30 days written notice:

    Money order payable to:
    Amberli Kuna 543609
    P.O. Box 315
    Taft, OK 74463

6. Kuna and Safko each mutually release the other from all claims.

7. Kuna consents to any communication specifically authorized by this Agreement.

Accordingly, judgment is hereby entered in favor of Plaintiff Amberli Kuna and against Defendant Wolf Dale Safko in the amount of $250,000.00. Safko will pay such judgment in accordance with the Settlement Agreement as detailed herein and attached as Exhibit 1.

**ENTERED** on June 26, 2023.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE